UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:17-CR-0016 TWP-VTW |
| | ) | |
| ZACHARY TALAMONTI, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT MOTION TO CONTINUE**

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Bradley P. Shepard, Assistant United States Attorney, and the Defendant Zachary Talamonti, by counsel, Jesse Binnall and David J. Hensel, hereby jointly move the Court for a continuance, and in support thereof state as follows:

1. This matter is currently scheduled for a competency hearing and a final pretrial conference on August 28, 2018 and the trial is set for September 17, 2018.

2. The parties' counsel recently met and conferred about multiple issues, including a possible resolution of this matter. The parties made substantial progress toward a resolution but require additional time to investigate and assess certain issues and to communicate with the client.

3. Accordingly, despite the exercise of due diligence, the parties require additional time to meet and confer to determine if a competency hearing is required and, ultimately, if a resolution short of trial is possible in this matter.

4. The time necessary for this continuance is excludable under 18 U.S.C. § 3161 (h)(1)(A), 7(A) and (B)(iv) in that it involved a mental examination of the

Defendant, and the ends of justice served in granting the continuance outweigh the public's and Defendant's interest in a speedy trial because failure to grant the continuance would deny both parties the continuity of counsel and the counsel for both parties reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

WHERFORE, the parties jointly request the Court to continue the current competency hearing, pretrial conference and trial dates and all other hearings and deadlines in this case until dates after November 12, 2018.

Dated: August 14, 2018

/s/ David J. Hensel
David J. Hensel, #15455-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN  46244-0989
(317) 822-4400
(317) 822-0234 (fax)
dhensel@hooverhullturner.com

Jesse R. Binnall
HARVEY & BINNALL, PLLC
717 King Street, Suite 300
Alexandria, VA 22314
(703) 888-1943
(703) 888-1930 (fax)
jbonnall@harveybinnall.com

*Attorneys for Defendant, Zachary Talamonti*

|  |  |
|---|---|
| Dated: <u>August 14, 2018</u> | <u>/s/ Bradley P. Shepard (with permission)</u><br>Josh J. Minkler, #18483-49<br>Bradley P. Shepard, #24392-49<br>UNITED STATES ATTORNEY'S OFFICE<br>10 W. Market Street, Suite 2100<br>Indianapolis, IN 46204<br>(317) 226-6333<br>(317) 226-6125 (fax)<br>Josh.minkler@usdoj.gov<br>Brad.shepard@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on August 14, 2018, a copy of the foregoing Joint Motion to Continue was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

<u>/s/ David J. Hensel</u><br>David J. Hensel

HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN  46244-0989
(317) 822-4400
(317) 822-0234 (fax)
dhensel@hooverhullturner.com

951810