UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No.: 4:17-CR-0016 TWP-VTW ) |
| ZACHARY TALAMONTI, | ) ) |
| Defendant. | ) |

## MOTION TO WITHDRAW APPEARANCE OF JESSE R. BINNALL, ESQ.

Pursuant to Local Rule 83-7(c), Jesse R. Binnall, of Harvey & Binnall, PLLC, respectfully moves this Court to withdraw as counsel for Defendant Zachary Talamonti. The law firm of Harvey & Binnall and Mr. Binnall no longer represent Zachary Talamonti. Replacement counsel Cary Citronberg and John Zwerling, of Zwerling and Citronberg, PLLC, entered their appearances for Defendant Talamonti in September 2018. (Dkt. 52 and 55) In addition, David J. Hensel, of Hoover Hull Turner, LLP, continues to represent Defendant Talamonti.

WHEREFORE, Jesse R. Binnall respectfully seeks to withdraw as counsel for Zachary Talamonti.

Respectfully submitted,

Dated: December 7, 2018

*/s/ Jesse R. Binnall* (with permission)
Jesse R. Binnall
Sarah E. York
Harvey & Binnall, PLLC
717 King Street, Suite 300
Alexandria, VA  22314
(703) 888-1943
(703) 888-1930 (facsimile)
jbinnall@harveybinnall.com
syork@harveybinnall.com

        /s/ David J. Hensel
        David J. Hensel, #15455-49
        HOOVER HULL TURNER LLP
        111 Monument Circle, Suite 4400
        PO Box 44989
        Indianapolis, IN  46244-0989
        (317) 822-4400
        (317) 822-0234 (fax)
        dhensel@hooverhullturner.com

        *Attorney for Defendant, Zachary Talamonti*

## CERTIFICATE OF SERVICE

I certify that on December 7, 2018, a copy of the foregoing was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

        /s/ David J. Hensel
        David J. Hensel
        HOOVER HULL TURNER LLP
        111 Monument Circle, Suite 4400
        PO Box 44989
        Indianapolis, IN  46244-0989
        (317) 822-4400
        (317) 822-0234 (fax)
        dhensel@hooverhullturner.com

        *Attorney for Defendant, Zachary Talamonti*

986891