UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.: 4:17-CR-0016 TWP-VTW |
| | ) | |
| ZACHARY TALAMONTI, | ) | |
| | ) | |
| Defendant. | ) | |

**AGREED MOTION TO ORDER PRESENTENCE REPORT AND
TO SCHEDULE A COMBINED GUILTY PLEA AND SENTENCING HEARING**

Defendant Zachary Talamonti, by counsel, Cary J. Citronberg and David J. Hensel, respectfully requests a Presentence Report (PSR) and for the Court to set this matter for a combined Guilty Plea and Sentencing Hearing. In support, Defendant states:

1. This matter is currently set for a Guilty Plea Hearing for August 20, 2019 at 2 pm.

2. However, the Presentence Report (PSR) has not been ordered.

3. Defendant Talamonti requests that a presentence investigation by the Probation Office be commenced immediately and consents to the review of the completed PSR by the Judge and counsel for the parties prior to the acceptance of his plea of guilty by the Court.

4. Further, Defendant Talamonti requests that the current August 20, 2019 Guilty Plea Hearing be vacated and this matter be set for a combined Guilty Plea and Sentencing Hearing upon completion and review of the PSR.

5. The undersigned has conferred with the Assistant United States Attorney in this matter and is authorized to report that the Government agrees with the relief sought herein.

WHEREFORE, Defendant Talamonti requests that a PSR be prepared and that the current August 20, 2019 Guilty Plea Hearing be vacated and a combined Guilty Plea and Sentencing Hearing be scheduled after the completion of the PSR.

Dated: August 16, 2019

/s/ David J. Hensel
David J. Hensel, #15455-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN  46244-0989
(317) 822-4400
(317) 822-0234 (fax)
dhensel@hooverhullturner.com

Cary J. Citronberg
Zwerling Citronberg PLLC
114 N. Alfred Street
Alexandria, VA 22314-3011
(703) 684-8000
(703) 684-9700 (fax)
cary@zwerling.com
*Attorneys for Defendant, Zachary Talamonti*

## CERTIFICATE OF SERVICE

I certify that on August 16, 2019, a copy of the foregoing Motion was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ David J. Hensel
David J. Hensel
HOOVER HULL TURNER LLP

1030533