UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.: 4:17-CR-0016 TWP-VTW |
| ) | |
| ZACHARY TALAMONTI, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION AS TO COMPETENCY

The United States of America, by counsel, Josh J. Minkler, United States Attorney for the Southern District of Indiana, and Bradley P. Shepard, Assistant United States Attorney, and the Defendant Zachary Talamonti, by counsel, Cary J. Citronberg and David J. Hensel, jointly stipulate that the Defendant is competent and that there is no need for a Competency Hearing. In support the parties state as follows:

1. Defendant Talamonti has undergone mental-health evaluations by qualified professionals from both the Bureau of Prisons and those privately retained.

2. The parties have reviewed those evaluations and hereby stipulate that Defendant Talamonti is competent.

3. Accordingly, there is no need for a competency hearing.

WHEREFORE, the parties jointly stipulate that Defendant Talamonti is competent and that the August 20, 2019, competency hearing be vacated.

| | |
|---|---|
| Dated:  August 16, 2019 | */s/ David J. Hensel*<br>David J. Hensel, #15455-49<br>HOOVER HULL TURNER LLP<br>111 Monument Circle, Suite 4400<br>PO Box 44989<br>Indianapolis, IN  46244-0989<br>(317) 822-4400<br>(317) 822-0234 (fax)<br>dhensel@hooverhullturner.com<br><br>Cary J. Citronberg<br>Zwerling Citronberg PLLC<br>114 N. Alfred Street<br>Alexandria, VA 22314-3011<br>(703) 684-8000<br>(703) 684-9700 (fax)<br>cary@zwerling.com<br>*Attorneys for Defendant, Zachary Talamonti* |
| Dated:  August 16, 2019 | */s/ Bradley P. Shepard (with permission)*<br>Josh J. Minkler, #18483-49<br>Bradley P. Shepard, #24392-49<br>UNITED STATES ATTORNEY'S OFFICE<br>10 W. Market Street, Suite 2100<br>Indianapolis, IN 46204<br>(317) 226-6333<br>(317) 226-6125 (fax)<br>Josh.minkler@usdoj.gov<br>Brad.shepard@usdoj.gov |

## CERTIFICATE OF SERVICE

I certify that on August 16, 2019, a copy of the foregoing Joint Stipulation as to Competency was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the court's electronic filing system. Parties may access this filing through the court's system.

>*/s/ David J. Hensel*
>David J. Hensel
>HOOVER HULL TURNER LLP
>111 Monument Circle, Suite 4400
>PO Box 44989
>Indianapolis, IN  46244-0989
>(317) 822-4400
>(317) 822-0234 (fax)
>dhensel@hooverhullturner.com

1030537