UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No.: 4:17-CR-0016 TWP-VTW |
| ZACHARY TALAMONTI, | ) |
| Defendant. | ) |

**SUBMISSION OF ADDITIONAL
EXHIBITS TO SENTENCING MEMORANDUM**

Comes now, Zachary Talamonti, by counsel, David J. Hensel, and hereby submits additional publicly filed exhibits supporting his previously filed Sentencing Memorandum [Dkt. No. 83].

Dated: February 14, 2020

/s/ David J. Hensel
David J. Hensel, #15455-49
HOOVER HULL TURNER LLP
111 Monument Circle, Suite 4400
PO Box 44989
Indianapolis, IN  46244-0989
(317) 822-4400
(317) 822-0234 (fax)
dhensel@hooverhullturner.com

Cary J. Citronberg  
Zwerling Citronberg PLLC  
114 N. Alfred Street  
Alexandria, VA 22314-3011  
(703) 684-8000  
(703) 684-9700 (fax)  
cary@zwerling.com  
*Attorneys for Defendant, Zachary Talamonti*

## CERTIFICATE OF SERVICE

I certify that on February 14, 2020, a copy of the foregoing Motion was filed electronically. Service of this filing will be made to all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ David J. Hensel*  
David J. Hensel  
HOOVER HULL TURNER LLP

1092923